UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Catherine Hansen  Case No: 07-54762
 Chapter 7
　　　　　Debtor.  Honorable Marci B McIvor
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 12,299.55 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Nordstrom<br>P.O. Box 6555<br>Englewood, CO 80155 | 15 | $82.44 |
| Hudson & Keyse, LLC<br>P.O. Box 1090<br>Mentor, OH 44061 | 16 | $12,217.11 |

Dated: May 26, 2010  /s/ Charles J. Taunt_____.
 Charles J. Taunt, Trustee (P24589)
 700 East Maple, 2nd Floor
 Birmingham, MI 48009-6359
 (248) 644-7800
 Teetaunt@tauntlaw.com
 P24589