UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

I n re:

Catherine J. Hansen,

    Debtor

Case No. 07-54762-mbm

Chapter 7

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, William D Deutchman, Collection Agent for Waldemar J Wojcik, Trustee in Bankruptcy or Hudson & Keyse, LLC, Case 10-18846 in the United States Bankruptcy Court in the Northern District of Ohio, Eastern Division , applies to the

Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ 12,217.11 , said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor Hudson & Keyse, LLC
The applicant further states that:

1.    (Indicate one of the following)

      \_\_\_\_\_    Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

      X    Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

      \_\_\_\_\_    Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2.    Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

Respectfully submitted this  31st  day of    March     2011

Hudson & Keyse, LLC    *William Deutchman* (signature)
Name of creditor    Signature of Applicant

William D Deutchman, Collection Agent for Waldemar J Wojcik, Trustee in Bankruptcy for Hudson & Keyse, LLC, Case 10-18846 in the United States Bankruptcy Court in the Northern District of Ohio, Eastern Division
Name and Title of Applicant

Company Name

28650 Fairmount Blvd.
Street Address

Pepper Pike, Ohio 44124-4538
City and State

216-621-1120
Telephone number

Tax

XXX-XX-
Social Security Number

16
Claim Number

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Catherine J. Hansen,
                    Debtor        Case No. 07-54762-mbm

                                          Chapter 7

## AFFIDAVIT OF CLAIMANT

I, William D. Deutchman, Collection Agent for Trustee in Bankruptcy, do hereby state that on behalf of Waldemar J. Wojcik, Trustee in Bankruptcy for Hudson & Keyse, LLC, Case 10-18846 in the United States Bankruptcy Court in the Northern District of Ohio, Eastern Division, I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address:    28650 Fairmount Blvd.

                          Cleveland, Ohio 44124-4538

Phone number:    216-621-1120

Social security number **XXX-XX-**_____

If claimant is a corporation, the federal tax ID number  20-0156411 (Hudson & Keyse, LLC)

    1.    Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

    2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Catherine J. Hansen,

    Debtor

Case No. 07-54762-mbm

Chapter 7

**APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS**

The undersigned, William D Deutchman, Collection Agent for Waldemar J Wojcik, Trustee in Bankruptcy or Hudson & Keyse, LLC, Case 10-18846 in the United States Bankruptcy Court in the Northern District of Ohio, Eastern Division , applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ 12,217.11 , said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor Hudson & Keyse, LLC
The applicant further states that:

1. (Indicate one of the following)

    _____ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

    __X__ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

    _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

Respectfully submitted this __31st__ day of ___March___ __2011__

Hudson & Keyse, LLC
Name of creditor

*William Deutchman* (signature)
Signature of Applicant

William D Deutchman, Collection Agent for Waldemar J Wojcik, Trustee in Bankruptcy for Hudson & Keyse, LLC, Case 10-18846 in the United States Bankruptcy Court in the Northern District of Ohio, Eastern Division
Name and Title of Applicant

Company Name

28650 Fairmount Blvd.
Street Address

Pepper Pike, Ohio 44124-4538
City and State

216-621-1120
Telephone number

Tax

XXX-XX-
Social Security Number

16
Claim Number

CATHERINE J. HANSEN
CASE 03-33050

Page 2 of 2

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: March 21, 2011

_William Deutchman_
Signature of Claimant
as COLLECTION AGENT FOR
WALDEMAR J. WOJCIK,
TRUSTEE IN BANKRUPTCY
HUDSON & KEYSE, LLC

Sworn to and Subscribed before me this
21st day of March 20 11

_Kyra L Pritchard_
NOTARY PUBLIC AT LARGE
STATE OF Ohio County of Cuyahoga

KYRA L. PRITCHARD
Notary Public, State of Ohio
Cuyahoga County
My Commission Expires Dec. 19, 2015

**IT IS SO ORDERED.**

*[Signature]*
RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

Dated: 14 January, 2011 01:24 PM

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| HUDSON & KEYSE, L.L.C. | CASE NO. 10-18846 |
| Debtor | JUDGE RANDOLPH BAXTER |

**ORDER AUTHORIZING
WILLIAM D. DEUTCHMAN TO SERVE AS COLLECTION AGENT FOR TRUSTEE
FOR A LIMITED PURPOSE**

At Cleveland, Ohio in said District, this cause came on for consideration by this Court upon Application of Trustee herein for an Order authorizing William D. Deutchman to serve as Collection Agent for Trustee.

Upon due consideration thereof, the Court finds that said Motion is well taken, that William D. Deutchman is a disinterested person in the within proceedings, is qualified to act as Collection Agent in this matter, and that authorizing Mr. Deutchman to serve as Collection Agent for Trustee in the within proceedings is in the best interest of the Estate.

IT IS THEREFORE ORDERED that the Application of the Trustee be and the same is hereby granted, and that William D. Deutchman be and is hereby authorized to serve as Collection Agent for

Trustee in the within Bankruptcy proceedings with regard to the following matters on a contingency fee basis of thirty-three percent (33%) of any gross recovery, plus reimbursement of out-of-pocket expenses incurred: To recover a nonexempt asset of this Estate not previously identified by the Debtor herein and consisting of a claim of entitlement to unclaimed funds in one or more states to which this Estate may be entitled.

# # #

SUBMITTED AND APPROVED BY:

/s/ Waldemar J. Wojcik
_____
WALDEMAR J. WOJCIK, Trustee (0021824)
526 Superior Avenue, Suite 1030
Cleveland, Ohio 44114
Phone: (216) 241-2628
Fax: (216) 621-0408

**CERTIFICATE OF SERVICE**

A copy of the foregoing Order Authorizing Employment of Collection Agent was served by the Clerk of the U.S. Bankruptcy Court by ordinary U.S. Mail, postage prepaid and/or by ECF email upon the following:

William E. Schonberg, Attorney for Debtor (via ECF email)

William D. Deutchman, CPA
28650 Fairmont Blvd.
Pepper Pike, OH 44124-4538

Office of U.S. Trustee (via ECF email)

Waldemar J. Wojcik, Trustee (via ECF email)

-2-

07-54762-mbm    Doc 82    Filed 04/08/11    Entered 04/08/11 15:56:03    Page 8 of 10
10-18846-rb    Doc 73    FILED 01/16/11    ENTERED 01/17/11 00:47:57    Page 2 of 3

# CERTIFICATE OF NOTICE

```
District/off: 0647-1           User: athre                 Page 1 of 1            Date Rcvd: Jan 14, 2011
Case: 10-18846                 Form ID: pdf730             Total Noticed: 6

The following entities were noticed by first class mail on Jan 16, 2011.
db          +Hudson & Keyse, L.L.C.,    378 Blackbrook Road,   Painesville, OH 44077-1217
aty          Ulmer&Berne LLP,   1660 W Second St,   #1100,   Cleveland, OH  44113-1448
cr          +Dallas County,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
             2323 Bryan Street Ste 1600,   Dallas, TX 75201-2644
cr           Golden & Scaz, PLLC,   201 North Armenia Avenue,   Tampa, FL  33609-2303
             WILLIAM D. DEUTCHMAN, CPA,   28650 FAIRMOUNT BLVD.,   PEPPER PIKE, OH  44124-4538

The following entities were noticed by electronic transmission on Jan 14, 2011.
cr          +E-mail/PDF: rmscedi@recoverycorp.com Jan 15 2011 01:50:42
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BAC Home Loans Servicing, L.P.
cr           Fifth Third Mortgage Company
cr           First Place Bank
cr           FirstMerit Bank, N.A.
cr           FirstMerit Mortgage Corporation
cr           Liberty Savings Bank, FSB
cr           The Huntington National Bank
cr           Wells Fargo Bank N.A.
                                                                                   TOTALS: 8, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2011                       Signature:   _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Catherine J. Hansen,
       Debtor    Case No. 07-54762-mbm

                Chapter 7

PROOF OF SERVICE

I, the undersigned, hereby certify that on the 31st day of March 2011, a copy of the Application for Payment From Unclaimed Funds by William Deutchman, Collection Agent for Trustee in Bankruptcy Waldemar J Wojcik for Hudson & Keyse, LLC Case 10-18846 in the United States Bankruptcy Court in the Northern District of Ohio, Eastern Division was served on the United States Attorney for the Eastern District of Michigan at the following address:

    U.S. Attorney for the Eastern District of Michigan
    Attn.: Civil Division-Financial Litigation
    211 West Fort Street, Suite 2001
    Detroit, MI 48226-3211

Dated: 03/31/2011      By: *William Deutchman*